IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ALEXANDER JUNIOR SOTO CABALLERO, PETITIONER
A# 243-116-971

V. CIVIL NO. 5:26-cv-725-DCB-BWR

WARDEN, ET AL. RESPONDENTS

ORDER

Pro se Petitioner Alexander Junior Soto Caballero ("Petitioner") is housed at the Adams County Correctional Center in Natchez, Mississippi, and brings this Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. Rule 2 of the *Rules Governing Section 2254 Cases in the United States District Court* ("Habeas Rules")[1] requires a petition to be signed under penalty of perjury by the petitioner or by a person authorized to sign it for the petitioner under 28 U.S.C. § 2242. Petitioner failed to sign his Petition. Additionally, Petitioner submitted an unsigned motion with his Petition. *See* Mot. [2]. Petitioner is required to sign all documents he submits to the Court for filing. *See* Fed. R. Civ. P. 11. The Court will provide Petitioner one opportunity to correct his deficient Petition [1] and motion. Accordingly, it is hereby,

ORDERED that, on or before August 31, 2026, Petitioner shall sign the declaration page of his Petition [1] and file it with the Clerk of Court. The Clerk of

[1] "A district court may apply any or all of the rules governing § 2254 habeas petitions to those cases filed pursuant to § 2241." *Reyes-Gonzalez v. Driver*, No. C-05-248, 2005 WL 1669830, at *2 (S. D. Tex. 2005) (citing Rule 1(b) of the Rules Governing § 2254 Cases).

Court shall mail a copy of this Order along with a copy of the Petition [1] and Petitioner's Motion [2] to Petitioner at his address of record.

IT IS FURTHER ORDERED that, on or before August 31, 2026, Petitioner may file a signed version of his Motion for the Court's consideration. If the Motion remains unsigned after August 31, it will be stricken from the record. *See* Fed. R. Civ. P. 11(a).

The Court warns Petitioner that his failure to advise this Court of a change of address or his failure to timely comply with this Order or any Order of this Court will result in the dismissal of this case.

THIS the 17th day of August, 2026.

s/ *Bradley W. Rath*
BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE